

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2019

No. 04-18-00481-CR

Dorothy A. **HOLLOWAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0541
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. **No further extensions of time will be granted absent extenuating circumstances.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court